DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUPERSONIC OF FLORIDA, INC., DAVID LEDGISTER** and **D.L. DELIVERY SERVICES, INC.,**
Appellants,

v.

**ERIC FLEMING** and **ZEP, INC.,**
Appellees.

No. 4D20-1245

[May 27, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2017-CA-009512-XXXX-MB.

Elaine D. Walter and Yvette R. Lavelle of Boyd Richards Parker & Colonnelli, PL, Miami, and John Richards of Boyd Richards Parker Colonnelli, PL, Fort Lauderdale, for appellant Supersonic of Florida, Inc.

Peter Ticktin and Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellee Eric Fleming.

PER CURIAM.

*Affirmed.*

WARNER, FORST, JJ., and ROBINSON, MICHAEL A., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***